George B. Piggott (SBN 68227)
a member of GEORGE B. PIGGOTT,
A PROFESSIONAL CORPORATION
2603 Main Street, Ninth Floor
Irvine, California 92614-6232
Tel.:   (949) 261-0500
Fax:   (949) 261-1085
Email: gbpapc@aol.com

Attorney for Defendant
FRED KLINZMANN

*IT IS SO ORDERED*
*Judge Susan Illston*

(second request)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.D.C. TECHNOLOGIES, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>JIM SEIDEL, an individual, JASON PAVLOS, an individual, FRED KLINZMANN, an individual, SEIDEL ASSOCIATES, LLC, a California limited liability company, GREENBOX ENERGY, a business organization, form unknown, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 3:16-cv-03316-SI<br><br>JUDGE:<br>HON. SUSAN ILLSTON<br>COURTROOM: 1<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT FRED KLINZMANN PURSUANT TO LOCAL RULE 6-1(a) ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Filed: June 15, 2016 |

Pursuant to Local Rule 6-1(a) of the United States District Court, Northern District of California, Plaintiff E.D.C. Technologies, Inc. ("EDC") and Defendant Fred Klinzmann ("Klinzmann"), by and through their undersigned attorneys of record, hereby stipulate to an extension of time for Klinzmann to answer or otherwise respond to EDC's complaint. Klinzmann's response to EDC's complaint shall now be due or before August 19, 2016. The parties previously stipulated to an extension to August 5, 2016. This stipulation does not alter

1 | the date of any event or any deadline already fixed by Court order.

2 |     Counsel for Klinzmann also attests, pursuant to Local Rule 5-1(i), that concurrence in the filing of this document was obtained from each of the document's signatories.

SILICON VALLEY LAW GROUP

DATED: August _, 2016     s/Michael W. Stebbins
                          Attorneys for Plaintiff
                          E.D.C. TECHNOLOGIES, INC.

DATED: August 5, 2016     /s/George B. Piggott
                          George B. Piggott
                          a member of GEORGE B. PIGGOTT,
                          A PROFESSIONAL CORPORATION
                          Attorney for Defendant FRED KLINZMANN

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 2603 Main Street, Ninth Floor, Irvine, California 92614.

On August 5, 2016, I served electronically the following document(s) described as:

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT FRED KLINZMANN PURSUANT TO LOCAL RULE 6-1(a) ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

[ X ] BY ELECTRONIC FILING

Electronic filing of the above described document(s) was made through the CM/ECF system in accordance with Rule 5 of the Local Rules for the United States District court for the Northern District of California to the following:

Michael W. Stebbins           mws@svlg.com
Counsel for Plaintiff

Gabriel S. Spooner            gspooner@shb.com
Counsel for Defendants
Jim Seidel and Seidel Associates,
L.L.C. dba GreenBox Energy

I declare that I am a member of the bar of this court, and in accordance with 28 USC §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2016, at Irvine, California.

/s/ George B. Piggott