UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.D.C. TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JIM SEIDEL, et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-03316-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 12, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 15, 2017.

DESIGNATION OF EXPERTS: October 6, 2017; REBUTTAL: November 6, 2017;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 15, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 12, 2018;
　　Opp. Due: January 26, 2018; Reply Due: February 2, 2018;
　　and set for hearing no later than February 16, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 3, 2018 at 3:30 PM.

JURY TRIAL DATE: April 16, 2018 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 - 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Case referred to court-sponsored mediation - to be conducted within 120 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: January 9, 2017

_____
SUSAN ILLSTON
United States District Judge