UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.D.C. TECHNOLOGIES, INC., a California Corporation,<br><br>        Plaintiff,<br>vs.<br>JIM SEIDEL, et al,<br><br>        Defendants.<br><br>JIM SEIDEL, et al,<br><br>        Counterclaimants,<br>vs.<br>E.D.C. TECHNOLOGIES, INC., et al,<br><br>        Counter-Defendants. | Case No.: 3:16-cv-03316 SI<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL** |

## **ORDER FOR DISMISSAL**

Plaintiff/Counterclaim-Defendant E.D.C. Technologies, Inc., and Counterclaim-Defendants SaveGas, Inc., Terry Pfaff and Jennifer Wathen (collectively, "EDC Parties"), on the one hand, and Defendants/Counterclaimants Jim Seidel and Seidel Associates, LLC dba GreenBox Energy, and Defendant Jason Pavlos (collectively, "GBE Parties"), on the other hand, by and through their respective counsel, have stipulated and agreed that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

By request of the EDC Parties and the GBE Parties, the Court hereby expressly retains jurisdiction to enforce the Confidential Settlement Agreement and Mutual General Release

10509418

between and among them, dated February 9, 2018 (the "Settlement Agreement"), in accordance with Section 1.c. thereof.

**IT IS SO ORDERED.**

Dated: 2/14/18

*/s/ Susan Ilston*
Hon. Susan Ilston
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL & [PROPOSED] ORDER
4
10509418